UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
KAREN BRANDLI,                          )
                                        )
          Plaintiff,                    )
                                        )
     v.                                 )          Civil Action No. 11-1743 (PLF)
                                        )
MICRUS ENDOVASCULAR                     )
  CORPORATION, et al.,                  )
                                        )
          Defendants.                   )
_____ )


                              ORDER

          For the reasons stated in the accompanying Opinion issued this same day, it is

hereby

          ORDERED that Counts 4 and 5, having been withdrawn, are DISMISSED; it is

          FURTHER ORDERED that defendants' motion for summary judgment on all

remaining counts [Dkt. 29] is GRANTED; it is

          FURTHER ORDERED that judgment is entered for defendants on Counts 1, 2

and 3 of the Amended Complaint; and it is

          FURTHER ORDERED that the Clerk of the Court shall remove this case from

the docket of this Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

          SO ORDERED.


                                        /s/_____
                                        PAUL L. FRIEDMAN
DATE:  September 21, 2016               United States District Judge